UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JONATHAN TYLER PRIVE

CASE NO. 6:14-cr-33-Orl-36-KRS
18 U.S.C. § 2422(b)
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about September 9, 2013, and continuing through and including on or about September 10, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**JONATHAN TYLER PRIVE**,

the defendant herein, using a facility and means of interstate commerce, that is, the Internet and cell phone, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida law, that is, Lewd or lascivious molestation and conduct, violations of Section 800.04, Florida Statutes, and Sexual battery, a violation of Section 794.011, Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

Beginning on or about November 4, 2013, and continuing through and including on or about November 5, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

## JONATHAN TYLER PRIVE,

the defendant herein, using a facility and means of interstate commerce, that is, the Internet and cell phone, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida law, that is, Lewd or lascivious molestation and conduct, violations of Section 800.04, Florida Statutes, and Sexual battery, a violation of Section 794.011, Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to provisions of Title 18, United States Code, Section 2428.

2. From his engagement in violations alleged in Counts One and Two of this Indictment, the defendant, **JONATHAN TYLER PRIVE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his interest in:

a. Any property, real or personal, that was used to commit or facilitate the commission of such violation; and

b. Any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly. as a result of such violation.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Andrew C. Searle
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JONATHAN TYLER PRIVE

## INDICTMENT

Violations:

18 U.S.C. § 2242(b)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of February, 2014.

_____
Clerk

Bail  $_____