UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                              **CASE NO: 6:14-cr-33-Orl-36-KRS**

**JONATHAN TYLER PRIVE**

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL AND TO ENLARGE THE PERIOD FOR THE FILING OF PRETRIAL MOTIONS

**COMES NOW** the Defendant, **JONATHAN TYLER PRIVE**, by and through his undersigned attorney, and moves this Honorable Court to continue his trial and to enlarge the time period to file pretrial motions and to provide notice of expert testimony. In support thereof, **Mr. Prive** states the following:

1. The government has charged **Mr. Prive** with violations of 18 U.S.C. Section 2422(b). In particular, the government alleges **Mr. Prive** enticed a minor under 18 years of age to engage in sexual activity through the use of the Internet and cell phone as a facility and means of interstate commerce.

2. **Mr. Prive** set for trial on the trial term commencing **May 5, 2014.**

3. The undersigned received discovery on or about **March 24, 2014** and additional discovery was mailed out on **April 9, 2014.** .

4. Counsel has not had sufficient time to review the evidence in this case nor review same with **Mr. Prive**. There is additional discovery that needs to be viewed at the Office of the United States Attorney as it contains contraband images and/or materials for which counsel needs to schedule an appointment.

5. Pursuant to the Middle District of Florida Local Rules, counsel has consulted with Assistant United States Attorney **Andrew C. Searle** who does not oppose the requested continuance or the requested enlargement of time to file pretrial motions and to provide notice of expert testimony.

7. Counsel requests this matter be reset for the July Trial Term.

8. Counsel is making this request in good faith and not for the purpose of delay.

9. Counsel will file a Waiver of Speedy Trial signed by **Mr. Prive** in a separate filing.

10. Counsel requests this court find the ends of justice outweigh the best interest of the public and defendant in a speedy trial by granting said motion.

## MEMORANDUM OF LAW

Pursuant to 18 U.S.C. §3161(h)(8)(A), a court may grant a trial continuance at the request of a defendant if the court finds "that the ends of justice by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Regarding the requested enlargement of time for the filing of pretrial motions, a court may enlarge the time for the filing of pretrial motions under Rule 45(b), Fed.R.Crim.P.

In light of recent production of discovery and considering the significant penalties he faces, **Mr. Prive** respectfully submits that the requested continuance and requested extension are necessary to preserve his constitutional rights and is not being requested for the purpose of delay. **Mr. Prive** is moving for the continuance and the enlargement of time in order that we may have sufficient time to prepare for his case.

**WHEREFORE**, the Defendant, **JONATHAN TYLER PRIVE,** requests this Honorable Court to continue his trial until July 1, 2014 and to enlarge the period of time up to and including June 1, 2014 to file pretrial motions and to provide notice of expert witness testimony.

RESPECTFULLY SUBMITTED

*/s/ Jose Rodriguez*
Jose Rodriguez, Esq.
Florida Bar No. 0915262
**Jose Rodriguez, P.A**.
1434 E. Michigan St.
Orlando, FL 32806
Telephone (407) 898-8686
Facsimile (407) 898-8626
E-Mail: jr@joserodriguezlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY**, that on **April 16, 2014,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, Orlando, FL.

                                                                   */s/Jose Rodriguez*
                                                                   Jose Rodriguez, Esq.
                                                                   Florida Bar No. 0915262
                                                                   **Jose Rodriguez, P.A**.
                                                                   1434 E. Michigan St.
                                                                   Orlando, FL 32806
                                                                   Telephone (407) 898-8686
                                                                   Facsimile (407) 898-8626
                                                                   E-Mail: jr@joserodriguezlaw.com
                                                                  Attorney for Defendant